STATE of Missouri, Respondent,

v.

Larry Eugene
WINDEKNECHT, Appellant.

Larry Eugene WINDEKNECHT,
Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 54638, 56712.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 16, 1990.

Donald J. Hager, Public Defender, Farmington, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant, Larry Windeknecht, appeals from his convictions, after a jury trial of burglary in the first degree, sexual abuse in the first degree, and failure to appear. Defendant was sentenced to a total term of imprisonment of 11 years. Defendant's convictions are affirmed. Rule 30.25(b).

Movant, Larry Windeknecht, appeals from the denial of his Rule 29.15 without an evidentiary hearing. Movant's appeal is dismissed. Rule 84.13(a).